HENRY W. DIFFENE, Respondent, v. HAROLD OPPERT, Appellant.— Order setting aside the verdict and granting a new trial reversed on the law and the facts, with costs, motion denied, verdict reinstated and judgment directed to be entered thereon, with costs. There was in this case a fair question of fact which was resolved by the jury in favor of defendant, and no good reason why the verdict

should be disturbed has been shown. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.